### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

CARIDAD AGUILAR AND RAUL
SOCORRO,

       PLAINTIFFS,

                  **No. 2:13-cv-2661-SHL-tmp**

ALLSTATE INDEMNITY COMPANY,

       DEFENDANT.

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that all claims in the above-captioned action should be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and discretionary costs. The cost of the clerks in both the federal and state court cases pursuant to Rule 54 of the Rules of Civil Procedure, are assessed against Allstate Indemnity Company.

Dated:  March 10, 2015.

Respectfully submitted,

MEMPHIS AREA LEGAL SERVICE, INC.    WALDROP & NEARN, P.C.

/s/ Bruce C. Harris_____    /s/ David Waldrop_____
Bruce C. Harris (TN Bar #19022)    David Waldrop (TN Bar #13079)
22 North Front Street, Suite 1100    9032 Stone Walk Place
Falls Building    Corporate Gardens
Memphis, Tennessee 38103    Germantown, TN 38138
Telephone: (901) 523-8822    Telephone: (901) 759-3489
E-mail:  bharris@malsi.org    E-mail: davidw@wblnlaw.com
*Attorney for Plaintiffs*    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report.

/s/ Bruce C. Harris

2