# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| CARIDAD AGUILAR and RAUL SOCORRO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALLSTATE INDEMNITY COMPANY, )<br>)<br>Defendant. ) | No. 2:13-cv-2661 SHL-tmp |

**ORDER**

This matter was set for trial on March 23, 2015, with a pretrial conference scheduled for March 13, 2015.  The proposed pretrial order was due to be submitted to the Court on March 6.  When the parties failed to submit a timely proposed joint pretrial order, the Court inquired as to the status of the matter.  It was only then that the Court was informed that the matter had settled on January 26, 2015.

Local Rule 83.13(a) states that counsel <u>shall</u> notify the Court immediately when a case is settled, and shall promptly file a Notice of Settlement.  This notification is critical for the Court so that other matters may be scheduled in place of a case that is settled.  Because of the failure of the parties to follow the Local Rule and notify the Court until 6 weeks after a settlement had been reached, other matters could not be scheduled in place of this trial.

The parties therefore are instructed <u>to follow the Local Rules</u> and file a Notice of Settlement in future cases as soon as settlement is reached.

**IT IS SO ORDERED,** this 11th day of March, 2015.

                                                       s/ SHERYL H. LIPMAN
                                                       SHERYL H. LIPMAN
                                                       UNITED STATES DISTRICT JUDGE