IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CARIDAD AGUILAR and RAUL SOCORRO, <br><br>     Plaintiffs, <br><br> v. <br><br> ALLSTATE INDEMNITY COMPANY, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 2:13-cv-2661 SHL-tmp <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed August 26, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 34) filed March 10, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiffs against Defendant are hereby DISMISSED WITH PREJUDICE.  Each party will bear its own fees and discretionary costs.  The cost of the clerks in both the federal and state court cases pursuant to Rule 54 of the Rules of Civil Procedure are assessed against Allstate Indemnity Company.

APPROVED:

s/ SHERYL H. LIPMAN
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

March 11, 2015
Date